IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HAROLD D. McRAE, and CAROL L. McRAE, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | CV-03-H-0839-S |
| VS. | ) | |
| GERRARD DURWARD, | ) | |
| DEFENDANT. | ) | |

**FILED 03 APR 11 AM 11:00 U.S. DISTRICT COURT N.D. OF ALABAMA**

**ENTERED APR 1 1 2003**

**MEMORANDUM OF DECISION**

The court has before it plaintiffs' April 10, 2003 complaint against defendant Gerrard Dorward. The court also has before it plaintiffs' contemporaneously filed motion for pauper status. That motion is **GRANTED**.

Plaintiffs request this court to "investigate" and "prosecute" defendant for actions taken by him while in his official capacity as a city judge for the City of Irondale. Municipal judges are absolutely immune from suits in connection with actions taken while in their official capacity. As such this case is due to be dismissed, with prejudice. A separate order will be entered.

DONE this 11th day of April, 2003.

James H. Hancock
SENIOR UNITED STATES DISTRICT JUDGE

3